842 A.2d 359

**CAERNARVON TOWNSHIP (BERKS COUNTY) ZONING HEARING BOARD, Appellant,**

v.

**COMMONWEALTH of Pennsylvania HUMAN RELATIONS COMMISSION, Appellee.**

Supreme Court of Pennsylvania.

Feb. 17, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of February, 2004, the order of the Commonwealth Court is Affirmed.